Hi LUNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SEXUAL SIN DE UN
ABDUL BLUE,

    Plaintiff,

v.

DOUG VAN FRANCIS ORSDALL,

    Defendant.

_____/

Case No. 19-13249
Honorable Victoria A. Roberts
Mag. Judge R. Steven Whalen

**ORDER:**

**(1) DENYING MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT [ECF No. 10]; and**
**(2) MOOTING MOTION FOR PRELIMINARY INJUNCTIVE RELIEF [ECF No. 12]**

### I.    INTRODUCTION/BACKGROUND

*Pro se* Plaintiff Sexual Sin De Un Abdul Blue filed an in forma pauperis suit pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), (ii). The Court allowed him to file an amended complaint. [ECF No. 4]. Even then, his allegations were sparse and unclear. The Court summarily dismissed the Second Amended Complaint. [ECF No. 7].

Plaintiff filed another Amended Complaint. The Court struck it because there was no pending case in which to file the pleading.

1

Now, Plaintiff seeks leave to file a Third Amended Complaint. [ECF No. 10]. Plaintiff asserts four claims: breach of contract, unjust enrichment, fraudulent misrepresentation, and injunctive relief. This proposed Third Amended Complaint does not plead any additional relevant facts that would cure the deficiencies of the Second Amended Complaint. For these reasons, Plaintiff's Proposed Third Amended Complaint would be futile.

## II. CONCLUSION

Plaintiff's Motion for Leave to File Third Amended Complaint is **DENIED**. Plaintiff's Motion for Preliminary Injunctive Relief is **MOOT**.

**IT IS ORDERED**.

S/ Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: July 27, 2020